IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

ROGERS                                                                                    PLAINTIFF

VERSUS                                    CIVIL ACTION NO. 5:07cv184 DCB-JMR

CLAIBORNE COUNTY NURSING CENTER, INC.                    DEFENDANTS

## ORDER

     This cause comes before the Court to stayed pending a determination of the State Court as to the proper party Plaintiffs to confirm any settlement of this cause. The Court finds that there appears to be no further reason to maintain the file as an open one for statistical purposes.

     Nothing contained in this minute entry shall be considered a dismissal or disposition of this matter and should further proceedings in it become necessary or desirable, any party may initiate it in the same manner as if this minute entry had not been entered .

     This the 26th day of August, 2009

*S/John M Roper, Sr.*
UNITED STATES MAGISTRATE JUDGE